# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| PLIANT CORPORATION, et al., | Case No. 06-10001 (MFW) |
| Debtors. | Jointly Administered |
| | Ref. Docket No. 262 and 264 |

## ORDER APPROVING MOTION OF THE DEBTORS TO SHORTEN THE TIME FOR NOTICE OF THE HEARING FOR THE MOTION OF THE DEBTORS FOR AN ORDER AUTHORIZING THE DEBTORS TO MAKE CERTAIN PAYMENTS PURSUANT TO A MANAGEMENT INCENTIVE PLAN

Upon consideration of the motion (the "Motion to Shorten") of the above-captioned debtors and debtors-in-possession (each a "Debtor" and collectively, the "Debtors") for entry of an order providing that the applicable notice period for the Motion of the Debtors for an Order Authorizing the Debtors to Make Certain Payments Pursuant to a Management Incentive Plan (the "Motion") be shortened pursuant to Rules 2002-1(b) and 9006-1(e) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the Northern District of Delaware (the "Local Rules"); and the Court having determined that granting the relief requested by the Motion is in the best interest of the Debtors, their estates and creditors; and it appearing that due and adequate notice of the Motion has been given, and that no other or further notice need be given; and after due deliberation and sufficient causes appearing therefore, it is hereby

ORDERED, that the Motion to Shorten is granted; and it is further

ORDERED, that a hearing on the Motion will be held on March 9, 2006, and that any responses to the Motion must be filed and served upon counsel to the Debtors no later than March 7, 2006; and it is further

ORDERED, that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

Dated: Wilmington, Delaware
February 24, 2006

Mary F. Walrath
Chief United States Bankruptcy Judge